UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VALENTIN LICEA MORALES,<br><br>    Defendant. | CASE NO. CR 12-01075-DOC-5<br>ORDER OF DETENTION AFTER<br>HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal conduct or comply w/ conditions. The defendant has multiple serious prior convictions + may have substance abuse issues_

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply w/ conditions. Also, no bail resources, immigration status are of concern._

IT IS ORDERED that defendant be detained.

DATED: 2/22/19

_/s/ SH Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2